ORDERED UNSEALED on 08/1/2024 s/ melodyqu

SEALED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RICHARD DAVID SHIELDS,<br><br>Defendant. | Case No.: '24 MJ2930 VET<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 18 U.S.C. §922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

On or about June 9, 2024, within the Southern District of California, defendant RICHARD DAVID SHIELDS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded Springfield .45 caliber firearm, in violation of Title 18, United States Code, Section 922(g)(1).

SKYELER ANTONINO
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 29th day of July 2024.

HON. VALERIE E. TORRES
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all the information known to myself or other federal agents and state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On June 9, 2024, at approximately 4:05 p.m. San Diego Police Department (SDPD) Street Gang Unit detectives were surveilling a large gathering of known Skyline/Eastside Piru and O'Farrell Park Bankster gang members at La Mesita Park, 8855 Dallas Street, La Mesa, CA. Skyline Piru and O'Farrell Park Banksters are known by gang detectives to celebrate their gang on June 8 and 9 every year. Members of these gangs commonly gather on these days to pay homage to dead friends, celebrate their gang, jump in new gang members, and often to plan and execute crimes of violence against rival gangs.

During the surveillance, a known individual removed a firearm from his pocket, and fired a round in broad daylight in the crowded park. Officers from the La Mesa Police Department received a call for service regarding this shot being fired. When La Mesa police officers arrived, SDPD detectives observed another male, K.H., take a purple satchel he had been carrying on his person, and conceal it near a baby stroller. Once La Mesa police officers left, K.H. retrieved the satchel from its hiding place, and place it back on his person. Based on their observations, detectives believed K.H. could be concealing a firearm inside the satchel.

Detectives saw K.H. enter a red 2001 Saab convertible with several other individuals believed to be associated with with Skyline/Eastside Piru and O'Farrell Park Banksters. The Saab left the parking lot and failed to come to a complete stop before the limit line at the intersection of Dallas Street and Park Plaza. The vehicle also had front tinted windows, and a non-functioning third brake light, both in violation of the California Vehicle Code. SDPD conducted a traffic stop based on the observed violations. All occupants of the vehicle were asked to exit the vehicle. RICHARD DAVID SHIELDS ("SHIELDS"), the front passenger

of the vehicle, exited the vehicle. As SHIELDS exited the vehicle, an officer observed the grip of a handgun protruding from SHIELDS' front right pocket. The firearm was a Springfield 45 XDS .45 caliber handgun. Five rounds of .45 caliber ammunition were found in the magazine of the firearm, and one .45 caliber round was found in the chamber. Officers conducted a records check on the firearm and learned it was unregistered.

A records check of SHIELDS revealed that SHIELDS has the following felony criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 05/19/1990 | CASC – San Diego | PC §243(D) – Battery with Serious Bodily Injury | 178 days jail; 3 years probation |
| 08/07/1995 | CASC – San Diego | PC § 32 – Accessory After the Fact | 365 days jail; 3 years probation |
| 10/10/2002 | CASC – San Diego | VC § 10851(A) – Take Vehicle Without Owner's Consent/Vehicle Theft | 32 months |
| 01/23/2014 | CASC – San Diego | HS § 11379(A) – Transport/Etc. Controlled Substance | 2 years |
| 03/23/2017 | CASC – San Diego | PC § 4573.6 – Possess Controlled Substance in Prison | 2 years |
| 04/12/2019 | CASC – San Diego | PC § 22210 Manufacturing/Sale/Etc Leaded Cane/Billy/Etc | 16 months |

The Springfield firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**<u>REQUEST FOR SEALING</u>**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the

defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.